# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 26, 2012

145696 & (20)(26)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

ELIJAH BURKE,
        Defendant-Appellant.

SC: 145696
COA: 307702
Wayne CC: 83-008596-FY

_____/

On order of the Court, the application for leave to appeal the June 6, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to remand and the motion for default judgment are DENIED.



h1217

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 26, 2012

_____
Clerk